**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Gregory H. Hollows
United States Magistrate Judge
Sacramento, California

                              **RE:    TRINH, Phuong-Hien Lam**
                                   **Docket Number:   2:03CR00202-06**
                                   **PERMISSION TO TRAVEL**
                                   **OUTSIDE THE COUNTRY**

Your Honor:

The probationer is requesting permission to travel to Saigon, Vietnam.  She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On November 8, 2004, Trinh was sentenced for the offense of Supplementing the Salary of a Government Official for Official Services.

**Sentence imposed:** 36 months probation; warrantless search, financial restrictions and disclosure, 100 hours community service, travel within the Central and Southern Districts of California; $500 fine; and $25 special assessment.

It is noted Trinh is in compliance with all terms and conditions of supervision.  She has completed her community service and has paid her financial obligations in full.

**Dates and Mode of Travel:** August 13 to 31, 2005
        Airline flight from Los Angeles to Vietnam.  She will also be accompanied by her son, Andrew Trinh.   She will be staying with her grandmother at 559A Huynh Van Banh, Saigon, Vietman, with a phone number of 848-9911687.

Rev. 03/2005
TRAVELOC.MRG

**RE:   Phuong-Hien Lam TRINH**
 **Docket Number:   2:03CR00202-06**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** To visit 94-year-old grandmother.  Upon reentry into the United States, the probationer will be asked to have her travel permit signed by Immigration and Customs Enforcement.

Respectfully Submitted,

/s/ kam
**Karen A. Meusling**
**Supervising United States Probation Officer**

**DATED:**      July 21, 2005
            Sacramento, California
            KAM:kam

_____

**ORDER OF THE COURT:**

Approved _____XXX_____        Disapproved _____

7/29/05                                  /s/ Gregory G. Hollows
_____          _____
**Date**                                     **Gregory H. Hollows**
                                         **United States Magistrate Judge**

trinh202.ord07

Rev. 03/2005
TRAVELOC.MRG