MICHAEL D. LONG
Attorney at Law
State Bar Number 149475
901 H Street, Suite 301
Sacramento, California 95814
(916) 447-1920
Mike.long.law@msn.com

Attorney for PHUONG HIEN LAM TRINH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　vs.<br><br>PHUONG HIEN LAM TRINH,<br>　　　Defendant. | No. CR. S-03-202 TLN<br><br>REQUEST FOR ORDER EXONERATING<br>BOND; **ORDER**<br><br>Judge: Hon. TROY L. NUNLEY |
|---|---|

  On or about May 7, 2003, a $100,000 appearance bond which was secured by a deed of trust against the real property of defendant Phuong Hien Trinh and her husband Khan Trinh, located at 15526 Faysmith Avenue, Gardena, CA 90249, in Los Angeles County, was posted on behalf of Phuong Hien Trinh in case 03-202 TLN). The appearance bond was filed in the Central District of California, where the defendant made her initial appearance before being ordered to appear in the Eastern District of California on May 9, 2003.  [ECF 23 is the entry for defendant's May 9, 2003, initial appearance.  See ECF entry on May 19, 2003 regarding Rule 40 documents from CDCA and the June 12, 2003, ECF

-1-

submission by the Government regarding an Amended Deed of Trust for Mr. and Mrs. Trinh.]

On November 8, 2004, Phuong Hien Trinh was sentenced to 36 months of probation and 100 hours of community service.  Phuong Hien Trinh was then terminated from case 03-202.  (See ECF 249.)

However, undersigned counsel did not thereafter file a request to exonerate the property bond.

Because Phuong Hien Trinh has been terminated from case 03-202 TLN, it is hereby requested that the $100,000 appearance bond which was secured by a deed of trust against the real property of defendant Phuong Hien Trinh and her husband Khan Trinh, located at 15526 Faysmith Avenue, Gardena, CA 90249, in Los Angeles County, be exonerated in the above-captioned case and that the Clerk of the District Court for the Central District of California be directed to reconvey back to the Trustors (Los Angeles County Recorders) the deed of trust received by the Clerk on or about May 7, 2003.

This motion and proposed order has been reviewed by AUSA Rob Tice-Raskin.

DATED:  September 8, 2014

Respectfully submitted,


/s/ *Michael D. Long*
Michael D. Long
Attorney for Phuong Hien Lam Trinh

ORDER IN CASE 03-202 TLN

IT IS HEREBY ORDERED that the appearance bond in the amount of $100,000 appearance bond which was secured by a deed of trust against the real property of defendant Phuong Hien Trinh and her husband Khan Trinh, located at 15526 Faysmith Avenue, Gardena, CA 90249, in Los Angeles County, is hereby exonerated. The Clerk of the District Court for the Central District of California is hereby ordered to reconvey back to the Trustors (Los Angeles County Recorders) the deed of trust received by the Clerk on or about May 7, 2003.

Dated: September 8, 2014

_____
Troy L. Nunley
United States District Judge