David J. Hollander, Esq. (SBN: 135000)
LAW OFFICE OF DAVID J. HOLLANDER
2727 Camino Del Rio South, Suite 211
San Diego, CA 92108
Telephone: (619) 291-9652
Fax: (619) 291-9653
Email: david@dhollanderlaw.com

Attorney for Thanh Trinh and Trang Hoa My.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>vs.<br><br>PHUONG HIEN LAM TRINH,<br>　　Defendant. | Case No.: 2:03-CR-00202-TLN<br><br>**REQUEST FOR ORDER EXONERATING BOND; ORDER**<br><br>**Judge: Hon. Troy L. Nunley** |

　　On or about May 8, 2003, a $100,000 appearance bond for Defendant Phuong Hien Lam Trinh was secured by a deed of trust against the real property of Thanh Trinh and Trang Hoa My, husband and wife as joint tenants, located at 11419 Raedene Way, San Diego, California 92131. The appearance bond was filed in the Central District of California, where the defendant made her initial appearance before being ordered to appear in the Eastern District Court of California on May 9, 2003. [ECF 23 is the entry for defendant's May 9, 2003, initial appearance. See ECF entry on May 19, 2003 regarding Rule 40 documents from CDCA.]

　　On November 8, 2004, Defendant Phuong Hien Trinh was sentenced to 36 months of probation and 100 hours of community service. Defendant Phuong Hien

Trinh was then terminated from case 03-202. (See ECF 249.)

However, counsel for the Defendant did not thereafter file a request to exonerate the property bond secured by Thanh Trinh and Trang Hoa My's property in San Diego County. [Counsel for Defendant did file a Request for Order Exonerating a Bond for separate property located at 15526 Faysmith Avenue, Gardenia, California 90249 which was granted. See Document 350 filed on 9/9/2014 in case 2:03-cr-00202-TLN.]

Because Defendant Phuong Hien Trinh has been terminated from case 03-202 TLN, it is hereby requested that the $100,000 appearance bond which was secured by a deed of trust against the real property of Thanh Trinh and his wife Trang Hoa My, located at 11419 Raedene Way, San Diego, California 92131, in San Diego County, be exonerated in the above-captioned case and that the Clerk of the District Court for the Central District of California be directed to reconvey back to the Trustors by recording a reconveyance of the deed of trust recorded May 8, 2003 as Document #2003-0539246 with the San Diego County Recorder.

Dated: May 24, 2022          By: *[signature]*
David J. Hollander, Esq.
SBN: 135000
Law Office of David J. Hollander
2727 Camino Del Rio South, Suite 211
San Diego, CA 92108
(619) 291-9652
david@dhollanderlaw.com
Attorney for
Thanh Trinh and Trang Hoa My

ORDER IN CASE 03-202 TLN

IT IS HEREBY ORDERED that the appearance bond in the amount of $100,000 which was secured by a deed of trust against the real property owned by Thanh Trinh and Trang Hoa My, husband and wife as joint tenants, located at 11419 Raedene Way, San Diego, California 92131, in San Diego County, is hereby exonerated. The Clerk of the District Court for the Central District of California is hereby ordered to reconvey back to the Trustors the deed of trust recorded with the San Diego County Recorder's Office as Document #2003-0539246 on May 8, 2003.

IT IS SO ORDERED.

Dated: May 24, 2022

Troy L. Nunley
United States District Judge